AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00107 |
| Matthew Perna | ) Assigned to: Judge Meriweather, Robin M |
| | ) Assign Date: 1/18/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the
_____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | - Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:
See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Anthony Farrar, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  01/18/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 15:52:48 -05'00'

*Judge's signature*

City and state:  Washington, DC

Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*