AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Perna | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Matthew Perna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date: 01/18/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 15:52:18 -05'00'

*Issuing officer's signature*

Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

City and state: Washington, DC

### Return

This warrant was received on *(date)* 1/18/21, and the person was arrested on *(date)* 1/19/21
at *(city and state)* Sharpsville, Pennsylvania.

Date: 1/20/21

*Arresting officer's signature*

Thomas Jordan SA
*Printed name and title*