# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 21-CR-156 (JDB) |
| : | |
| STEPHEN MICHAEL AYRES, : | |
| MATTHEW PERNA, : | |
| : | |
| **Defendants.** : | |
| : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of April 7, 2021, has been provided to the defense in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

BY:   /s/  Nihar Mohanty
NIHAR MOHANTY
D.C. Bar No. 436-686
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov