

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

April 7, 2021

*Via USAfx*

Eugene Ohm (Counsel for defendant Ayres)
FPDS

J. Gerald Ingram  (Counsel for defendant Perna)
Ingram, Cassese & Grim, LLP.

Dear Counsel,

RE: <u>U.S. v. Stephen Ayres and Matthew Perna</u>
Case No. 21-CR-156 (JDB)

    Pursuant to your discovery request in the above-referenced case, the following materials are being provided to you via the USAfx file-sharing system:

1. Perna Samsung/Cellebrite Report (Please note you must run CellebriteReader.exe software in order to view content);
2. **HIGHLY SENSITIVE** Surveillance video – Senate Wing Door near S139, (duration 24:00);

1

3. **HIGHLY SENSITIVE** Surveillance video – Senate Wing Door, (duration 24:14).

    Thank you in advance for your attention to this matter. If you have questions or concerns, contact me at your convenience.

        Sincerely,

        CHANNING D. PHILLIPS
        Acting United States Attorney

By:   */s/ Nihar Mohanty*
        Nihar Mohanty
        Assistant United States Attorney
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 252-7700 (office)
        Nihar.Mohanty@usdoj.gov