IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21 CR 156 |
| | ) | |
| Plaintiff | ) | Judge John D. Bates |
| | ) | |
| vs. | ) | |
| | ) | UNOPPOSED MOTION FOR |
| MATTHEW PERNA | ) | PRE-PLEA GUIDELINE |
| | ) | ANALYSIS |
| Defendant | ) | |

Now comes the Defendant, MATTHEW PERNA, by and through the undersigned counsel and respectfully requests that this Court issue a Minute Order directing the United States Probation Office for the District of Columbia to conduct a pre-plea Guideline Analysis in this matter.  The Defendant asserts that such an analysis is material to his consideration of plea terms that have been offered by the government in this case.  The Defendant is reasonably considering entering a plea without a plea agreement and the requested pre-plea Guideline Analysis would greatly aid in balancing the benefits, if any of a plea agreement compared to an open plea to the Indictment.  The United States Attorney assigned to this action, Nihar Mohanty, does not oppose the instant motion.

Accordingly, the Defendant requests that if the Court grants this motion, that the Court direct the Probation Office to send the parties a written report of its guideline analysis.  Under Federal Criminal Rule 32(e)(1), Mr. Perna consents top such pre-plea disclosure by the Probation Office.   A proposed order, not marked an exhibit, is attached to this motion.

Respectfully submitted,

/s/ *J. Gerald Ingram*
J. GERALD INGRAM (#0007887)
INGRAM, CASSESE & GRIMM, LLP.
7330 Market Street
Youngstown, OH 44512
330/758-2308 (phone) 330/758-8290 (fax)
Email:  jingram@icglegal.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, a copy of the foregoing motion was electronically filed. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

/s/J. GERALD INGRAM
J. Gerald Ingram  (#0007887)
Attorney for Defendant, Matthew Perna

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21 CR 156 |
| | ) | |
| Plaintiff | ) | Judge John D. Bates |
| | ) | |
| vs. | ) | |
| | ) | |
| MATTHEW PERNA | ) | ORDER |
| | ) | |
| Defendant | ) | |

The Court has reviewed and considered Defendant Matthew Perna's Unopposed Motion for Pre-Plea Guideline Analysis. For the reasons state therein, it is hereby ORDERED that the United States Probation Office for the District of Columbia shall conduct a pre-plea guideline analysis, and that a written report of such analysis shall be completed and conveyed to counsel for Defendant Matthew Perna and the government as soon as practicable.

Dated:_____                    _____
                                          Honorable John D. Bates