UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 1:21 CR 156** |
| | ) | |
| Plaintiff | ) | Judge John D. Bates |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF INTENT TO** |
| MATTHEW PERNA, | ) | **CHANGE PLEA** |
| | ) | |
| Defendant | ) | |
| | ) | |

    Now comes the Defendant, Matthew Perna, by and through the undersigned counsel and hereby provides notice of his intention to withdraw his prior plea of not guilty and enter a plea of guilty to the offenses alleged in the Indictment. The Defendant will enter his plea without a plea agreement and is prepared to acknowledge that the evidence available to the government provides a factual basis for his plea. It is anticipated that the Government and Defense will submit a stipulated factual basis prior to entry of plea. The Defendant is further prepared to engage the Court in the plea colloquy required by Fed. R. Crim. P. 11(b)(1).

    Respectfully submitted,

/s/J. Gerald Ingram
J. GERALD INGRAM (#0007887)
INGRAM, CASSESE & GRIMM, LLP.
7330 Market Street,
Youngstown, Ohio 44512
330/758-2308 (phone) (330) 758-8290 fax
Attorney for Defendant, Matthew Perna

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2021 a copy of the foregoing Motion was electronically filed. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                             /s/J. Gerald Ingram
                                             J. Gerald Ingram    (#0007887)
                                             Attorney for Defendant