# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-156-2 (JDB) |
| | : | |
| **MATTHEW PERNA,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE SENTENCING

The United States, by its undersigned counsel and pursuant to Local Rule 57.2, hereby files this motion seeking to continue the sentencing now scheduled March 3, 2022 in this matter. In support of this motion, the Government states as follows:

1. The defendant pled guilty to violating 18 U.S.C Section 1512(c) and related offenses. The charges in this case arise from the attack on the Capitol on January 6, 2021.

2. While every case and every defendant are different, the Government is attempting to ensure that similarly situated January 6 defendants are treated in the same manner. The Government is attempting to do that in this case and that requires additional time for the Government's internal review process to be completed. Accordingly, the Government will need additional time to file objections to the pre-sentence report and to then file its sentencing memoranda.

3. Counsel for the defendant has consented to the relief requested in this motion.

4. The parties will contact the Court's courtroom deputy to schedule a new sentencing date.

WHEREFORE, for the foregoing reasons, the Government asks that the Court continue the hearing scheduled for March 3, 2022.

                                Respectfully submitted,

                                MATTHEW GRAVES,
                                United States Attorney

By:          /s/ Nihar R. Mohanty
                NIHAR R. MOHANTY
                Assistant United States Attorney
                D.C. Bar No. 436-686
                Violent Crime and Narcotics Trafficking Section
                555 4th Street, NW, 4th Floor
                Washington, DC 20530
                (202) 252-7700
                Nihar.Mohanty@usdoj.gov