UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-156-2 (JDB) |
| | : | |
| MATTHEW PERNA, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S SUGGESTION OF DEATH
AND REQUEST FOR ABATEMENT OF PROSECUTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States now says that on information and belief defendant Matthew Perna died on or about February 25, 2022.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. See Durham v. United States, 401 U.S. 481, 483 (1971) (citations omitted).

WHEREFORE, the United States respectfully requests that the prosecution of Mr. Perna be abated.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By:      /s/ Nihar Mohanty
NIHAR R. MOHANTY
Assistant United States Attorney
D.C. Bar No. 436-686
United States Attorney's Office for the
District of Columbia
555 4th Street, N.W., Room 4120
Washington, D.C. 20530
(202) 252-7700
Nihar.Mohanty@usdoj.gov